No. 87–7230. HARRIS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 87–7231. BURNHAM v. FIREMEN'S AND POLICEMEN'S CIVIL SERVICE COMMISSION, CITY OF AUSTIN, TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 87–7233. AMMERMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–7234. WILLIAMS v. ABSHIRE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–7237. SMITH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 87–7239. WHITE v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–7241. RODRIGUEZ v. JOHNSON, SUPERINTENDENT, OR-LEANS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 87–7242. HICKS v. CHRISTOPHER ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–7245. GOVANTES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–7246. HUGLEY v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–7247. CORTEZ v. MONDRAGON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 87–7248. KLEINSCHMIDT v. FLORIDA COMMISSION ON HUMAN RELATIONS ET AL. Dist. Ct. App. Fla., 3d Dist. Cer-tiorari denied.

No. 87–7250. LAKES v. UNITED STATES FIDELITY & GUAR-ANTY CO. C. A. 5th Cir. Certiorari denied.

No. 87–7251. FRAZIER v. WILKINSON, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–7252. CRUMB v. SACHS, GREENEBAUM & TAYLER ET AL. C. A. D. C. Cir. Certiorari denied.